IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-00196 |
| vs. | § § | **PATENT CASE** |
| FRITO-LAY, INC. | § § § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE THAT Plaintiff Symbology Innovations, LLC, pursuant to Rule 4l(a)(l)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses its Complaint against Defendant Frito-Lay, Inc. in *Symbology Innovations, LLC v. Frito-Lay, Inc.* (E.D. Tex. Case No. 2:15-CV-00196), without prejudice. In accordance with Rule 41(a)(1)(A)(i), Symbology states that this notice has been filed prior to service by Frito-Lay, Inc. of an answer.

Dated: April 16, 2015

Respectfully submitted,

      */s/Jay Johnson*
      **JAY JOHNSON**
      State Bar No. 24067322
      **BRAD KIZZIA**
      State Bar No. 11547550
      ANTHONY RICCIARDELLI
      State Bar No. 24070493
      **BROWN FOX KIZZIA & JOHNSON PLLC**
      750 N. St. Paul Street, Suite 1320
      Dallas, Texas 75201
      (214) 613-3350
      Fax: (214) 613-3330
      jay@brownfoxlaw.com
      brad@brownfoxlaw.com
      anthony@brownfoxlaw.com

      **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 16th day of April, 2015.  Any other counsel of record will be served by first class mail.

      */s/Jay Johnson*
      Jay Johnson